FILED
JAN 11 2023
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:23cr41-ECM-KFP |
| | ) | [18 U.S.C. § 922(g)(1); |
| XXXXX JEROME MOBLEY, SR. | ) | [18 U.S.C. § 922(a)(6)] |
| *TONY | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

COUNT 1
(Possession of a Firearm by a Convicted Felon)

On or about April 1, 2021, in Coffee County, within the Middle District of Alabama, the defendant,

XXXXX JEROME MOBLEY, SR.,
*TONY

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Glock, Model 27, .40 caliber semiautomatic pistol, and a Glock, Model 21, .45 caliber semiautomatic pistol, and the firearms were in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT 2
(Possession of a Firearm by a Convicted Felon)

On or about April 13, 2021, in Dale County, within the Middle District of Alabama, the defendant,

XXXXX JEROME MOBLEY, SR.,
*TONY

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a FNH USA, Model 503, 9mm caliber

semiautomatic pistol, a Glock, Model G19 GEN 5, 9 mm caliber semiautomatic pistol, a HS Produkt, Model Hellcat, 9mm caliber semiautomatic pistol, a Smith & Wesson, Model M637, .38 caliber revolver, a Sig Sauer, Model P365 SAS, 9mm caliber semiautomatic pistol, and a Smith & Wesson, Model M642, .38 caliber revolver, and the firearms were in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3
(False Statement During Purchase of a Firearm)

On or about March 27, 2021, in Coffee County, within the Middle District of Alabama, the defendant,

XXXXX JEROME MOBLEY, SR.,
*TONY

in connection with the acquisition of a firearm, that is, a Glock, Model 27, .40 caliber semiautomatic pistol, and a Glock, Model 21, .45 caliber semiautomatic pistol, from Pawn Express, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictious written statement to Pawn Express, Inc., which statement was intended and likely to deceive Pawn Express, Inc., as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, Firearms Transaction record, to the effect that he had not been convicted in any court for a felony, or any other crime for which the judge could imprison him for more than one year, when in fact as the defendant then knew, he had been convicted of felonies, or crimes for which the judge could imprison him for more than one year; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 4
(False Statement During Purchase of a Firearm)

On or about April 6, 2021, in Dale County, within the Middle District of Alabama, the defendant,

XXXXXX JEROME MOBLEY, SR.,
*TONY

in connection with the acquisition of a firearm, that is, a FNH USA, Model 503, 9mm caliber semiautomatic pistol, a Glock, Model G19 GEN 5, 9 mm caliber semiautomatic pistol, a HS Produkt, Model Hellcat, 9mm caliber semiautomatic pistol, a Smith & Wesson, Model M637, .38 caliber revolver, a Sig Sauer, Model P365 SAS, 9mm caliber semiautomatic pistol, and a Smith & Wesson, Model M642, .38 caliber revolver, from Kaufman's Gun Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictious written statement to Kaufman's Gun Shop, which statement was intended and likely to deceive Kaufman's Gun Shop, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, Firearms Transaction record, to the effect that he had not been convicted in any court for a felony, or any other crime for which the judge could imprison him for more than one year, when in fact as the defendant then knew, he had been convicted of felonies, or crimes for which the judge could imprison him for more than one year; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL:

_____
Foreperson

SANDRA J. STEWART
UNITED STATES ATTORNEY

3

_____
Tara S. Ratz
Assistant United States Attorney

*NAME AMENDED/CORRECTED PER 1/20/2023 ORDER, DOC. 7